

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XIZHI LI,<br><br>JIANXING CHEN,<br><br>JINGYUAN LI,<br><br>ERIC YONG WOO,<br><br>JIAYU CHEN,<br><br>TAO LIU,<br><br>Defendants | Case No. 1:19-CR-334 (LMB) |

### GOVERNMENT'S MOTION TO UNSEAL THE DOCKET, INCLUDING THE SUPERSEDING INDICTMENT

The United States of America, by and through undersigned counsel, hereby moves this Court for an order unsealing the superseding indictment and arrest warrants in *United States v. Li, et al.*, 19-cr-334. The grounds for the present motion are as follows:

1. On September 24, 2020, a federal grand jury sitting in the United States District Court for the Eastern District of Virginia, in Alexandria, Virginia, returned a superseding indictment against the defendants charging them with: 1) conspiracy to distribute 5 kilograms or more of cocaine, in violation of 21 U.S.C. §§ 841 and 846; 2) conspiracy to distribute 5 kilograms or more of cocaine, knowing and intending that it would unlawfully imported into the United

1

States; and 3) conspiracy to launder money, in violation of 18 U.S.C. § 1956(h). Additionally, defendant Tao Liu was also charged with: four counts of attempted identity fraud, in violation of 18 U.S.C. § 1028(a) & (f); four counts of bribery, in violation of 18 U.S.C. § 201(b)(1); and money laundering and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(a)(2)(A) & (h). This Court also granted a motion to seal the superseding indictment.

2. At this point, there is no continuing need for the docket or superseding indictment to remain under seal.

WHEREFORE, the United States respectfully moves the Court to unseal the docket and the superseding indictment and arrest warrants in *United States v. Li, et al.*, 19cr334

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
David A. Peters
Assistant United States Attorney
Eastern District of Virginia
Counsel for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: David.Peters@usdoj.gov