# * UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: __10/13/20__    Judge: __Brinkema__    Reporter: __T. Harris__
Time: __11:05am__ - __11:14am__              Interpreter: __Maria Horvath__
                                             Language: __Spanish__
                                             Probation Email: ____
                                             Jury Email: ____

---

## UNITED STATES OF AMERICA
          v.

__XIZHI LI__                              __1:19cr334 (1)__
Defendant's Name                          Case Number

__John Kiyonaga__                         __David Peters/Mary Daly__
**Counsel for Defendant:**                **Counsel for Government**

**Matter called for:**
[X] Arraignment    [ ] Pre-Indictment Plea    [ ] Change of Plea    [ ] Motions
[ ] Sentencing    [ ] Revocation Hearing    [ ] Docket Call    [ ] Appeal (USMC)
[ ] Other _____
Deft appeared:  [X] in person   [ ] failed to appear   [X] with Counsel   [ ] without Counsel   [ ] through Counsel
**Filed in open court:**
[ ] Discovery Order   [ ] Information   [ ] Plea Agreement   [ ] Statement of Facts   [ ] Waiver of Indictment

---

**Arraignment & Plea:**
[X] WFA    [ ] FA    [ ] PG    [X] PNG    **Trial by Jury:**  [X] Demanded    [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US    [ ] Deft
[ ] Order entered in open court        [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[ ] Case continued to: _____ at _____ for:
[ ] Jury Trial    [ ] Bench Trial    [ ] Sentencing    [ ] Status
**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted   [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits   [ ] Denies violations of the conditions of probation/supervised release
Court:  [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 Govt filed motion & order to unseal case - granted
 Court advised of case status; Court continues to find case as complex
 Deft objections to trial continuance is overruled; new date to be set at a later date

---

**Deft is:** [X] In Custody   [ ] Summons Issued   [ ] On Bond   [ ] Warrant Issued   [ ] 1st appearance

**Bond Set at**: $ _____ [ ] Unsecured   [ ] Surety   [ ] Personal Recognizance
[ ] Release Order Entered    [X] Deft Remanded   [ ] Deft Released on Bond   [ ] Deft Continued on Bond