FILED: October 15, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4497
(1:19-cr-00334-LMB-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

UNDER SEAL

  Defendant - Appellant

_____

O R D E R
_____

  Upon consideration of submissions relative to appellant's application for leave to proceed on appeal in forma pauperis, the court denies the application without prejudice to the filing by appellant of a properly executed and signed CJA 23 Application to Proceed Under CJA. Accordingly, appellant shall pay the filing and docketing fee in full to the district court, or shall file a CJA 23 Application to Proceed Under the CJA with this court, within 10 days of the date of this order.

          For the Court--By Direction

          <u>/s/ Patricia S. Connor, Clerk</u>