IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 1:19cr334 |
| ) | Hon. Leonie Brinkema |
| XIZHI LI, ) | |
|     Defendant. ) | |

ADDENDUM TO DEFENDANT'S EMERGENCY MOTION FOR RELEASE

Comes now Defendant Xizhi Li, by counsel, and augments his Emergency Motion for Release (Doc 183).

As of this morning, Defendant's family reports that Defendant is coughing blood, experiencing difficulty breathing, and unable to hold food – all presumably a consequence of his Covid infection acquired in confinement. As per his family, Defendant's only treatment to date has been Motrin.

Defendant requests the Court's immediate intercession to assure adequate medical care.

Undersigned shall visit Defendant's place of confinement, the Northern Neck Regional Jail, this afternoon. If the visit reveals that undersigned has overstated the gravity of Defendant's plight, undersigned will so inform to the Court.

Respectfully Submitted,

XIZHI LI
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009

1

Facsimile: (703) 340-1642
E-mail: john@johnckiyonaga.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on December 25, 2020, I filed the foregoing electronically with the Clerk of Court with consequent service on the parties.

_____/s/_____
John C. Kiyonaga