IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:19-CR-334 |
| XIZHI LI, ET AL., | |
| Defendants. | |

RECEIVED JAN 27 2021 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 23rd day of August, 2021, then and there to testify on behalf of the United States:

        100 Blank Subpoenas (50 Sets)

This 27th day of January, 2021.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

Date: 01/27/2021      By: _____
David A. Peters
Michael P. Ben'Ary
Assistant United States Attorneys

2021 JAN 27 P 2: 54

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Xizhi Li, et al. | ) | Case No. 1:19-CR-00334 |
| | ) | |
| *Defendant* | ) | |

**RECEIVED JAN 27 2021 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 700 |
|---|---|
| | Date and Time: August 23, 2021 at 10:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
the United States of America              , who requests this subpoena, are:

David A. Peters
Michael P. Ben'Ary
Assistant United States Attorneys
Office of the United States Attorney
2100 Jamieson Avenue, Alexandria, VA 22314
703-299-3700

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:19-CR-00334

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: