IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 1:19cr334 |
| ) | Hon. Leonie Brinkema |
| XIZHI LI, ) | |
|     Defendant. ) | |

*PRAECIPE*

    Comes now Defendant Xizhi Li, by counsel, and informs the Court that undersigned will appear in person at tomorrow's status conference.

                                      Respectfully Submitted,

                                      XIZHI LI
                                      By Counsel

                                      _____/s/_____
                                      John C. Kiyonaga

                                      600 Cameron Street
                                      Alexandria, Virginia 22314
                                      Telephone: (703) 739-0009
                                      Facsimile: (703) 340-1642
                                      E-mail: john@johnckiyonaga.com

                                      Counsel for the Defendant

Certificate of Electronic Service

    I hereby certify that on May 3, 2021, I hand filed the foregoing with the Clerk of Court and served electronically AUSA David Peters.

                                        _____/s/_____
                                        John C. Kiyonaga