IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
_____
                                       )
UNITED STATES,                         )
                                       )
        v.                             )        Crim. No. 1:19cr334
                                       )        Hon. Leonie Brinkema
XIZHI LI,                              )
        Defendant.                     )
_____ )
```

<u>NOTICE OF WITHDRAWAL AS COUNSEL</u>

Comes now John C. Kiyonaga, counsel of choice for Defendant Xizhi Li, and notes his

withdrawal as counsel for Defendant for the reason that Defendant lacks the funds with which to

pay him - the Government having taken his funds through a default forfeiture judgment and

having demanded $30M in forfeiture.

Respectfully Submitted,

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonaga.com

<u>Certificate of Electronic Service</u>

I hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of
Court with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1