UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | ) | Criminal # 1:19-CR-334-1 |
| v. | ) | Judge Brinkema |
| **XIZHI LI,** | ) | |
| Defendant | ) | |

**PRAECIPE**

TO THE CLERK:

Please enter the appearance of the undersigned attorney as counsel for the defendant in this case.

Respectfully submitted,

/s/ Gregory B. English

Gregory B. English, VSB # 25928
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia  22314
(703) 739-1368/Fax (703) 836-6842
gbeuva@gmail.com
*Counsel for Defendant*

**Certificate of Electronic Service**

I hereby certify that on June 1, 2021, I filed the foregoing pleading electronically with the Clerk of Court with consequent service on all parties

/s/
_____

Gregory B. English