# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 1:19-CR-334-LMB-01 |
| ) | |
| XIZHI LI, ) | |
|     Defendant, ) | |

### DEFENDANT'S MOTION IN LIMINE

**COMES NOW** the defendant, Xizhi Li, by Gregory B. English, his retained counsel, and hereby requests that this court preclude the prosecution from adducing evidence at trial establishing that the defendant is the subject of a detainer because there is a warrant for his arrest pending from the State court in Los Angeles where he is charged with conspiracy to distribute 20 kilos of cocaine because that matter has not been adjudicated and will not be until after the instant case is over,  We contend that it would

be improper for the prosecution to present evidence regarding this matter. The prejudicial effect should be precluded by FRE 403.

Respectfully,

/signed/

Gregory B. English
VSB #25928
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368
Fax: (703) 836-6842
gbeuva@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2021, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following CM/ECF user:

      AUSA David Peters
      david.peters@usdoj.gov

      /signed/

      Gregory B. English
      VSB #25928
      The English Law Firm, PLLC
      601 King Street, Suite 406
      Alexandria, Virginia 22314
      (703) 739-1368
      Fax: (703) 836-6842
      gbeuva@gmail.com