**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Criminal Case Name: <u>United States v. Xizhi Li, et al.</u> – 1:19-CR-334

TO: Essex County Correctional Facility
354 Doremus Avenue
Newark, NJ 07105
Attn: Warden Guy Cirillo
Phone: (973) 274-7762 / Fax: (973) 274-6263



YOU ARE HEREBY COMMANDED to surrender the body of: **ISAIAS PEREZ-CASTREJON**, a sentenced prisoner, **USMS No.: 97991-198, DOB: xx/xx/1978, Booking No.: J2013806135**, under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, or any other authorized law enforcement officer, so that his body will be before the Honorable Leonie M. Brinkema, Judge of the United States District Court for the Eastern District of Virginia, at the Courtroom of said Court, the City of Alexandria, for an appearance at trial at 10:00 o'clock a.m. on the 23rd day of August, 2021, or at such other time as the Court may direct. This inmate is needed in the Eastern District of Virginia, City of Alexandria, by July 15th, 2021 and will be retained until the conclusion of trial.

                              WITNESS
                              The Honorable Leonie M. Brinkema
                              United States District Judge
                              at Alexandria, Virginia
                              This  23  day of June, 2021

                              FERNANDO GALINDO
                              CLERK OF COURT

By: _____
      Deputy Clerk

AUSA David A. Peters/Verified by: lg on 6/22/2021
Approved by defense counsel John Kirby