IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 1:19cr334 |
| ) | Hon. Leonie Brinkema |
| XIZHI LI, ) | |
| Defendant. ) | |

### *PRAECIPE*

Comes now John C. Kiyonaga, former counsel to Defendant Xizhi Li, and, in compliance with the Court's order (Doc 305) filed this day, responds to Defendant's motion (filed by his current counsel) requesting a Cantonese interpreter, as follows:

Based on Defendant's history, undersigned has heretofore had no reason to suppose that his language of greatest fluency was other than Spanish. Undersigned communicated in Spanish with Defendant throughout his tenure as his counsel. All interpretation assistance provided Defendant throughout this period was also in Spanish. Defendant never indicated to undersigned any difficulty understanding the proceedings or conversations so interpreted, to which he was a party or an observer. Undersigned speaks Spanish fluently and never noted any difficulty on Defendant's part in participating in the conversations (all entirely in Spanish) between Defendant and him.

Respectfully Submitted,

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642

1

E-mail: john@johnckiyonaga.com

Certificate of Electronic Service

    I hereby certify that on July 7, 2021, I filed the foregoing electronically with the Clerk of the Court with consequent service on all parties.

                                                                         ____/s/_____
                                                                         John C. Kiyonaga