# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No: 1:19-CR-334-LMB-01 |
| ) | |
| **XIZHI LI,** ) | |
|     **Defendant,** ) | |

## DEFENDANT'S RESPONSE TO COURT ORDER

**COMES NOW** the defendant, Xizhi Li, by Gregory B. English, his retained counsel, and hereby provides this response to the court's order (document 307) requesting more information about his pending motion entitled Defendant's Request for Cantonese Interpreter. Counsel has reviewed Mr. Kiyonaga's submission, and does not dispute a single word of it. However, the undersigned counsel never claimed that the defendant was unable to speak Spanish. Our original motion said that he "…does not understand it with the degree of fluency required for the future hearings in this court which require motions and a trial". That is because the language used in courtrooms is much more formal than ordinary conversation.

The undersigned counsel does not speak either Spanish or Cantonese so he relied on the defendant's representations that he would feel more comfortable if he had a Cantonese interpreter for future proceedings. Since counsel has been retained, he has been using the services of Ada Chan, Esq., a DC attorney who was born in Hong Kong

and is fluent in Cantonese, to communicate with Mr. Li. Mr. Li is satisfied with this arrangement.

                                                      Respectfully submitted,

                                                            /signed/
Gregory B. English, VSB #25928
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368 / Fax (703) 836-6842
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2021, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following CM/ECF user:

>AUSA David Peters
>david.peters@usdoj.gov

/signed/

>Gregory B. English
>VSB #25928
>The English Law Firm, PLLC
>601 King Street, Suite 406
>Alexandria, Virginia 22314
>(703) 739-1368
>Fax: (703) 836-6842
>gbeuva@gmail.com