Dear Judge Brinkema,

      My name is Fenny and I am Mr. Li's niece. I grew up basically living with my uncle and his family since our family basically lived next door to each other. I have always known my uncle to be a hard worker ever since I was little. Our whole family had immigrated to a country where they had nothing and had very little financial support. So this drove my uncle to always move forward providing for his family and loved ones, given the situation he was in. The situation was that his father only had an elementary grade level education, therefore he couldn't get any financial support from his father and his mother had passed away from a heart condition. Not only did my uncle suffer one loss, but two losing his oldest brother to a car accident. Despite all this tragedy, my uncle never stopped pushing forward. He loves my grandfather dearly, making sure he did everything he could to guarantee that my grandfather could have an easier life. Even if this meant working overtime in order to be able to save up for a car, my grandfather had a reliable source of transportation. Given the situation he had, my uncle wanted a better life for his family. He had to work two different jobs in order to provide for his family and this included his father and siblings. I remember he had to wake up at 6 in the morning to get ready for work then had to make sure that his kids were ready to go to school. After dropping off his kids at school he would make his way to work which was at a chinese food restaurant, from there his duties were to see that the place was well staffed and stocked with the supplies needed for the day. Most of the time there was always inventory that needed to be refilled, so he would have to go out and get the supplies himself.

      My uncle had to manage the restaurant himself, alongside his second job where he had to manage the sales of a used car dealership. But even though having these two jobs meant that he would have to sacrifice a majority of his time, it never did stop him from spending time with his family. The free time he did have he would make sure his kids were still able to see him and spend time with him. Making sure his children did not only see the working side of him but his fun side as well. He took us to the circus where we were able to see performances of the circus actors, also being able to try out the food the circus had to offer. This was a first time experience for both myself and his kids. There would also be a yearly carnival fair that we loved to go to, and my uncle would take us each year. This carnival fair had all your typical attractions and foods, but it was always the fact that he would think about us the children. Making sure that we understood the value of working hard at school yet still be able to enjoy life and just being kids. The events that happened to my uncle never stopped him in teaching us the true meaning of caring for your family.

Sincerely,
Fenny Zhu

October 13, 2021

The Honorable Leonie Brinkema
United States District Judge
United States District Court for Eastern District of Virginia
401 Courthouse Square,
Alexandria, VA 20314

Dear Judge Brinkema,

I am writing this letter to you to provide a character reference about Xizhi Li. I would like to introduce myself as Sammy Ng, the brother-in-law of Xizhi Li.

When I found out my brother-in-law, Xizhi Li, broke the law severely, I felt astounded and doubted he was the one who committed those crimes after understanding the case. I am very lost and can not believe he was the one who did such things. I truly believe that if you give him a second chance, he can be back to his old-self.

Before you prosecute him, can I have a couple minutes of your valuable time to explain the type of person Xizhi Li is. He helped me get past an extremely difficult time. That time was when a negligent doctor said my wife (Xizhi's sister) did not appear to have a beta-thalassemia trait(an inherited blood disorder disease). After a couple of times, I had mentioned that I had that trait. The doctor did not proceed with the test on my wife, which led me to have my first newborn baby(Wesley). A week later, my wife and I were in shock. The health department mailed us a notice, saying my son is a beta-thalassemia major. After seeing all the medical professionals, they all said he needed blood transfusions to keep his life going and his life span would be around 23 years old. After finding out all this information, my wife and I informed Xizhi Li about the complications with Wesley. Without asking for anything, a month passed by. Xizhi Li told my wife that he tested his blood type and bone marrow, but it was not a match for Wesley. He also provided my family and I with a year of rent money so that I could put a pause to my job and take care of Wesley while my wife was settling into her new job. Eventually, we had better insurance to cover Wesley. After the year had passed, I went back to work. My wife and I had a plan to find  Wesley an identical match for the Bone Marrow Transplant to cure his disease. My wife had no fear of going into this situation and gave birth to my second son (Brandon) and an identical match to his little brother(Dylan) in her high-risk age. This was what we manifested.

When Wesley was fourteen years old, it was the last window of time to do the Bone Marrow transplant. He decided to not go through the process. He was worried about a risk on his little brother(Dylan). Wesley started to give up on himself. During that time, my wife, Xizhi Li, and the school principal encouraged him. Finally, he graduated from high school. Now Wesley received a letter to become a part of the President's list at his community college. Next year, he plans on applying to a nursing program because he wants to give back to the people and inform younger kids about his unique situation, and inspire those that are facing the same struggles Wesley has fought through.

In this 21 year relationship with Xizhi Li, as a family, we are very appreciative of the things he has done for us.

I hope my story can give you an idea of Xizhi Li's generous and selfless personality. I believe that his good intentions and his thoughtfulness have come a long way to help our family. Without his help, we would not know where we would be today.

Sincerely,

X _____

Sammy Ng

October 13,2021

The Honorable Leonie Brinkema,

United States District Judge

United States District Court for Eastern District of Virginia

401 Courthouse Square,

Alexandria,VA 20314

Dear Judge Brinkema,

The honorable Judge Brinkema I am writing this letter to you to provide a character reference about Xizhi Li.

I would like to introduce myself as Wesley Ng, the nephew of Xizhi Li. I provide this reference in full knowledge of Xizhi Li's charges.

I have known my uncle, Xizhi Li, since I was a child. I would spend time with my uncle when I was on summer break and we would visit him. One of my fondest memories shared with him was that he always made sure that my brother and I never had an empty stomach. He would make sure that we were always satiated. Whenever my family would visit, my uncle would provide us with amazing hospitality, making sure all the families felt like they were at home, and were having fun, enjoying their vacation. Lastly, he would take me, my brother, and all my cousins to places of entertainment to keep us occupied, while my aunts and uncles could enjoy their vacation to the fullest. These memories were from my childhood, but as I grew older, I became aware of the true scope of his generosity. He is a very generous, kind, and hard-working person.

I hope this letter will give you an idea of his good character and help give him a second chance.

Sincerely,

x *Wesley Ng*

Wesley Ng

The Honorable Leonie Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 20314

Dear Judge Brinkema,

I am writing this letter to help you see what kind of person Mr. Li is, despite the transgressions that led us to this point. I have known Mr. Li as an Uncle and father figure for my whole life, and in that time, I have seen many aspects of Mr. Li's personality. And so when I heard about this, I felt that this was very out of character for him. On the other hand, I have always found him highly kind, dependable, and well regarded among his peers and family.

In our relationship, he has always been there for me, especially during a challenging time I was going through in school and life. However, he made it a point to be there and show a significant amount of support during the sudden changes I had in my life during my teenage years. During my high school days, I wasn't attending school and would always skip school and hang out with the wrong crowd. My uncle would always push me to get back to the right path and to do better because he wanted me to have a better future. Besides being a good uncle, he was also a family man, and he was a good family man. He was a loving father and husband who provided everything and much more for his wife and four children. He was there for every step of his children's life and milestone. He never missed a birthday call or a call to congratulate them on their achievements.  My uncle was a camaraderie person.

The transgression of the crime should not be the only factor you look at in this case. I hope you will also see his strong commitment to his family. I can tell you without a doubt that my uncle feels incredibly remorseful for what he has done. He had expressed this many times, and I believe it will reflect on making amends for any wrongdoings and would never do it again. It is my sincere hope the court considers this letter at the time of the sentencing. Despite the current case, I still believe Mr.Li to be an honorable individual, a loving husband, and family, but overall a good human being.

Sincerely,

William Zhu

Dear Judge Brinkema,

    My name is Fenny and I am Mr. Li's niece. I grew up basically living with my uncle and his family since our family basically lived next door to each other. I have always known my uncle to be a hard worker ever since I was little. Our whole family had immigrated to a country where they had nothing and had very little financial support. So this drove my uncle to always move forward providing for his family and loved ones, given the situation he was in. The situation was that his father only had an elementary grade level education, therefore he couldn't get any financial support from his father and his mother had passed away from a heart condition. Not only did my uncle suffer one loss, but two losing his oldest brother to a car accident. Despite all this tragedy, my uncle never stopped pushing forward. He loves my grandfather dearly, making sure he did everything he could to guarantee that my grandfather could have an easier life. Even if this meant working overtime in order to be able to save up for a car, my grandfather had a reliable source of transportation. Given the situation he had, my uncle wanted a better life for his family. He had to work two different jobs in order to provide for his family and this included his father and siblings. I remember he had to wake up at 6 in the morning to get ready for work then had to make sure that his kids were ready to go to school. After dropping off his kids at school he would make his way to work which was at a chinese food restaurant, from there his duties were to see that the place was well staffed and stocked with the supplies needed for the day. Most of the time there was always inventory that needed to be refilled, so he would have to go out and get the supplies himself.

    My uncle had to manage the restaurant himself, alongside his second job where he had to manage the sales of a used car dealership. But even though having these two jobs meant that he would have to sacrifice a majority of his time, it never did stop him from spending time with his family. The free time he did have he would make sure his kids were still able to see him and spend time with him. Making sure his children did not only see the working side of him but his fun side as well. He took us to the circus where we were able to see performances of the circus actors, also being able to try out the food the circus had to offer. This was a first time experience for both myself and his kids. There would also be a yearly carnival fair that we loved to go to, and my uncle would take us each year. This carnival fair had all your typical attractions and foods, but it was always the fact that he would think about us the children. Making sure that we understood the value of working hard at school yet still be able to enjoy life and just being kids. The events that happened to my uncle never stopped him in teaching us the true meaning of caring for your family.

Sincerely,
Fenny Zhu

To
The Honorable Leonie Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia

Date: October 8th, 2021

Your Honor,

My name is Sherman Li and I am the third oldest child of Xizhi Li. I am currently a full-time college student and I'm still trying my best to process all of this. My father has always been supportive of my family and has always wanted the best for all of my siblings and me. I am writing this letter to you in hopes of leniency towards my father.

Growing up with my 3 other siblings and being raised by a single mother wasn't the best experience. I remember clearly in the first grade that it was picture day and most kids had their fathers with them to take some pictures, I was devastated as I waited… and waited for my father to show up. I used to despise my dad but that was before I knew better. He's always been a hard worker, especially since he came from nothing. He grew up on a rural farm village with his 3 other siblings. My siblings and I have been told over and over again that our father left his village at the early age of 12 to go work in a distant city to provide for the family. This image has been drilled into our heads that we have to always stick with our family and help them through the toughest times.

My father has taught me so many life lessons that I hold dear to this day. Because of him, I decided to volunteer at my local hospital, I was taught to help those in need and I thought that volunteering at a hospital is the least I could do. He inspired me to pursue higher education, I would hate to ruin throw away the opportunities that he has provided for my siblings and me. My father, Xizhi Li, is not a person with ill or malicious intentions. He is a loving and generous family person that will help those in need.

Thank you for your consideration and your time, Honorable Leonie Brinkema

Sincerely,
Sherman Li

Addressed to:

The Honorable Leonie Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 20314

Dear Judge Brinkema,

I, Jason Zhu, am nephew of Xizhi Li. My uncle has been present and active throughout my childhood. I am aware of the charges that he is being convicted of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). Despite the fact he is being convicted, seek to understand my uncle's nature and personality. Xizhi Li is a type of person that will take care of our family first before his own well-being. He would sacrifice his time to help our family. There was this event, when my whole family went to China for vacation about a decade ago. He provided money for the village that he grew up in. In addition, provided entertainment in the village and feasts for everyone to enjoy. The smiles of everyone in the village will always be implemented in my memories. Reminiscing about this past event, makes me truly believe he is a generous and warmhearted human being.

In fact, my uncle is twice the amount of generous and warmhearted human being. Years ago, there was a grief and sorrowful time. My uncle lost his brother from a horrible accident. However, my uncle has an obligation to help and support his brother's wife and son. It's an orthodox action as a human being, father, and a brother to support his loved ones. Throughout the years, he's been supporting financially the wife and son. My uncle is a good father, brother, and son to his family. His priority is to be sure well provided for and taking care of.

Judge Brinkema, please and kindly understand my uncle's nature and personality.

Sincerely,

Jason Zhu

Xi Zhi was not only the breadwinner but also the moral support for his elderly father. His father had major brain surgery not long ago. He is really in need of Xi Zhi's care and company, and the children also need him.

Your Honor, I have talked so much about Xi Zhi with you, and I suddenly feel a sense of unknown kinship with you, although I have never met you before!

Your Honor, your decision is very, very important to Xi Zhi and his family! We sincerely request Your Honor to give Xi Zhi a chance to let him go home soon! There is no perfect person in the world, and Xi Zhi is by no means a saint.

Your Honor, please show forgiveness and mercy! Let Xi Zhi go home soon!!!

May God bless you and your family to be healthy, blessed, and happy forever!

JUAN LAN ZHEN

10-8-21

I, Ada Chan, hereby certify that I am a native Chinese speaker, and I am fluent in Chinese. I certify that I accurately translated the attached document from Chinese to English.

_____

Ada Chan

尊敬的法官大人：

　　謹此向您提交对 Xi ZHi Li 的支持信。

法官大人您好！我是 Xi ZHi Li 四个孩子们

的妈妈，我叫 JUAN LAN ZHEN，我跟 Xi

ZHi Li 认识大概也有三十多年了，对

佢也非常了解。

　　Xi ZHi 是一个非常有责任感和有担

当之人，对老有尊对小有爱、对亲朋厩友

重情重义和孝顺父母，更是心地善良、

宽厚之人。

　　我记得 2007 年那年，佢回乡下清明

扫墓，他知道乡村那些老人家的闲那

和娱乐的地方要关闭，佢即刻掏钱买

回，捐给那些老人家们。同时有掏钱

建造一个门庭,等在乡村的老少乡亲们有一个可以聊天和娱乐的地方.

  Xi ZHi 任在墨西哥住的时间内,任经常帮助那些語言不好的乡亲们.同时任也支助那些贫穷的孩子们。他绝对是一个真心实意去帮助别人的正人君子,一个大好人。

  Xi ZHi 他对父母非常孝顺,一有时间,必定陪伴老人家,嘘寒问暖,凡是他能力所及,绝不吝啬.如今,家中尚有高龄80岁的老父亲,依门望儿归。

  Xi ZHi 对孩子们的教育也非常重视,常常打电话和孩子们聊天和教育.他担养我和孩子们所有的生活费用和

孩子们上学的费用.同时也担并他的
老父亲。

　　Xi ZHi不仅是经济支柱,更是他老
父亲的精神支持.他的老父亲在不久之
前做了个脑的大手术,他老人家需要Xi
ZHi的照顾和陪伴,同时年幼的孩子
也需要Xi ZHi的陪伴成长。

　　法官大人,我和您聊了这么多Xi ZHi的
事,我忽然对您产生一份不知名的亲切
感,虽然我丛来没有见过您!

　　法官大人,您的判决对Xi ZHi和家
人非常非常地重要!我们诚恳請求法官
大人您给Xi ZHi一个机会,让他早点
回家!世上没有完人,Xi ZHi更绝不是圣人.

尊敬的法官大人,請求您显示宽恕和慈悲吧！让 Xi Zhi 早点回家!!!

愿上天保佑您和家人身体健康永远幸福、快乐！

JUAN LAN ZHEN

10-8-21

The Honorable Leonie Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 20314

Dear Judge Brinkema,

My name is Stephanie Li, the youngest and only daughter of Xizhi Li. I'm a 15 year old

sophomore at a High School in California. Throughout my life, I've never seen much of my dad. I was

raised with three older brothers and a single mother who scrambled to get all the kids in the car before

7:45 am. Nonetheless, I was raised with love. However, there was always an empty feeling, a sting of

jealousy whenever I saw my classmates talk about going to the annual father-daughter dance; A wince of

pain whenever I went to friend's house and was greeted by a man with a gentle smile who gave the

coziest looking hugs to my friend. In a way, I resented my dad for never showing up to all the "bring your

parents to school days" or giving me a tight embrace when I was sobbing over the student body election.

All of my pent up bitterness blinded me from the small things that I had taken for granted. There was

always food on my table, a nice roof over my head, a warm bed to sleep in, and the annual trips my dad

would plan to catch up with my family. The 20 minute phone calls dad would make to ask about my

grades, what I did that day, the things I ate, and all the I love yous he'd firmly say. It's through my father's

sacrifices, that I realize now how privileged I am to have such a caring and generous father. He sacrificed

his whole life just for me to get a good education and live in one of the most prestigious communities in

California. I recognize my dad's selflessness and appreciate all that he has done to keep my family afloat.

It's because of him that I'm taking AP courses, going to Universal Studios in my free time, and have an

untameable ambition that I'm sure and he's sure it'll change the world someday.

Recently, I told my dad that I wanted to major in political science in college and maybe pursue a

government related job. Despite being in a tough position, his attitude remained the same as it always had.

He told me that he was so proud of me and was even encouraging of my career choice. He said there were

many powerful and successful women of color in high government positions like Kamala Harris or

Alexandria-Ocasio Cortez, and he couldn't wait to see me up there along with them someday. My father has always been encouraging in whatever I wanted to pursue, from professional ballerina to California CongressWoman, he just wanted me to be happy. I am aware that my dad has made some mistakes, but I know for a fact that he is a person willing to change for the better when given the opportunity. In my memories, he's the "cool dad" who'd do the craziest of things to make his children laugh and have no financial limitation when it came to entertainment or education for his youngsters. He's only taught me to know what I want and keep driving at it until I achieve my goals. I am Stephanie Li, born to an immigrant family, first generation american, and I'm going to be a United States CongressWoman some day.

In the far future, I hope to see my dad in the bleachers of the San Anita Race track in 2024, crying tears of joy as he watches his little girl walk up the stage as the speakers announce "Stephanie Li, gold seal." I can't help but hope to scan for his proud smiling face in the crowd as I give my inauguration speech on January 3rd, 2036. I implore you, your Honor, to see my father the way I see him; a loving father who is willing to do anything for his family and keep his little girl happy. Thank you for your time.


Sincerely,

Stephanie Li.

Your Honor:

Here I submit this letter in support of Zhi Li. Greetings, Your Honor! I am the mother of Xi Zhi Li's four children. My name is JUAN LAN ZHEN. I have known Xi Zhi Li for more than 30 years and I know him very well.

Xi Zhi is a very responsible and accountable person. He respects the elderly, loves the little ones, values his relatives and friends, and is a very good son to his parents. He is also a kind and generous person.

I remember in the year 2007, he went back to the countryside (in China) to clean the headstones in the cemetery on Tomb-Sweeping Day. He heard that the place whether the elderly people gather to socialize n in the countryside was going to shut down, he immediately bought it back and donated it to the elders. At the same time, he paid to build a pavilion, so that the old and young folks in the countryside could have a place to socialize.

When Xi Zhi lived in Mexico, he often helped folks who didn't speak the language well. At the same time, he also supported those poor children. He is a gentleman and a good person who genuinely likes to help others.

Xi Zhi is very good to his parents. He spent a lot of time with them, asking how they are doing, and he always provided for his parents financially. Now, Xi Zhi's father is 80 years old father.   He eagerly awaits his son to come home.

Xi Zhi also pays great attention to his children's education.     He often made phone calls with our children, chats, and even tutored them. Before he was incarcerated, he paid for all our living expenses and tuition for the children.   At the same time, he also financially supported his old father.

The Honorable Leonie Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 20314

Dear Judge Brinkema,

My name is Susan Lee and I am the daughter of Mr. Li. I am currently a student enrolled at West

Coast Ultrasound Institute School of Medical Imaging where I am studying towards the degree in

Diagnostic Medical Sonography. I am aware that my Father is being charged with money

laundering. My Father is a considerate person to my siblings and myself, he is a caring son as

well who has always looked after my grandfather's needs and health problems. He is an attentive

person to his siblings, helps them in any way possible and never leaves them fending for

themselves when they need a hand. The offense is out of character of Mr. Li because not once in

my lifetime have I seen him do any crime related actions, in fact, he is always encouraging my

siblings and I to study and work hard to establish a career and how taking the right path is

important in life to succeed because at the end life will reward you with something greater. I

highly doubt my Father will violate the law in the future because he is not the type of person to

repeat his mistakes especially after going through the hardships of being separated from his

family and children. My Father is and has always been a hard worker from a young age working

at a food market to cleaning tables at restaurants and so on to help his parents with expenses and

to buy school supplies for himself. Since I can remember he has always provided for my siblings

and I, he made sure we had food on our table, a roof over our heads and clothes on our back. Not

once has my father failed to give us what we need and the love of a father. I know this

experience has taught my father Mr. Li various lessons like remembering his values and the values he has taught his children which is to always take the honorable path and to transform this situation into bettering himself and his decisions, this is just a bitter experience in his life. My Father has donated and given back to those in need in a community, an example of this is when an earthquake hit Baja California with a magnitude of 7.2 in 2010 leaving people homeless and jobless with no food, my father took food dispense and donated money. Mr. Li is not the type of person to harm others or himself if a mistake is made, he is a self motivated person who only looks towards becoming a better person than before and reflecting on his mistake to make that happen. My Father has shown remorse as a result of this case but tries to hide it from my siblings and me, he always tries to have a positive attitude and tone when speaking to us to make us feel that everything will be okay but there are times where we catch those unhappy moments on video call and all I want to do is hug my father again. A mistake like this one does not describe who my father is.

Sincerely,

Susan Lee

September 25, 2021

The Honorable Leonie Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 20314

Your Honor:

My name is Elizabeth Yoshimura and I am a registered nurse in the intensive care unit. I am the niece of Xizhi Li and I have known him for 33 years. I have always known him to be a caring, generous and devoted family man. Although he has been found guilty of crimes of conspiracy to commit money laundering, I'm writing to you in hopes of leniency.

My uncle, Xizhi, has always taught me to take care of our family. Growing up in China they had nothing but each other. They grew up in a small rural farm village with little to eat each day. Both their parents were farm workers with no education or hope of a better future. With a lot of hard work and perseverance they were able to get to the United States for a better future. Those lessons have been passed down to me by my uncle. My uncle always reminded us of the important gift that is family. During hard times you will always have each other to get you through it. Everything he does is for his family and for the betterment of their future. He is extremely devoted to his family and their future.

XiZhi also taught me to be generous and caring for those in need. That is why I became a nurse. He inspired me to do better and make a difference in the world. He was the one that taught me at a young age that there is always someone else that is less fortunate. Due to his upbringing he always lent a helping hand to anyone who needed it. It did not matter how well you knew him. He always helped if he could. He is truly one of the most generous and caring people I know. I would not be the person I'm now without his guidance.

I can say for a fact that my uncle, Xizhi, is not a bad or malicious person. I can only hope that you will grant some leniency to him and his family. I know he will make amends and has learned from his mistake. Thank you for your consideration.

Sincerely,

*Elizabeth Yoshimura*

Elizabeth Yoshimura

The Honorable Leonie Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 20314

Dear Judge Brinkema,

My name is Stephen Lee, and I am the oldest son of Xizhi Li. I am aware of the charges of conspiracy to commit money laundering (Violation of 18 U.S.C. § 1956(h) against my father. I am writing this letter in hopes that you please consider granting leniency when laying judgement on my father's case.

Growing up, I always thought I had the coolest father in the world. Albeit, he was absent for most of my childhood and adolescence for reasons I did not understand till I got older. He had started working at a very young age to support his parents, and later me and my three other siblings. He'd worked various jobs from being a truck driver to being a waiter. So, he never really had any time to spend with us. But when he did he would make us feel like the luckiest kids in the world by taking us to play go-carts or to the track to watch car races.

When we moved to Los Angeles, my father became more absent as a result of the new restaurant that he opened up. Out of us 4 kids, my father spent the least time with our two younger siblings, Sherman and Stephanie. This is because he'd left California not too long after, but he remained supportive of us, financially and emotionally. He had pushed us to pursue any career we wanted. He promised to help with my tuition, all I had to do was choose what path I wanted to take. This promise was fulfilled when I attended and graduated from the University of San Francisco.

In his lifetime, my father has done countless good deeds for others, not restricted to just our family. Many of them were never made known to us by him, but rather the people around him. He'd always help those in need, whether it was financially or by helping them find work. One instance that I will always remember is when his worker Tony passed away abruptly, my father provided his family with financial and moral support. He was never one to brag to us and had always stressed to us the importance of working hard and to always be good to everybody.

Even throughout this ordeal, he still has not spoken much about his case as he does not want to get anybody else involved. I truly believe that my father has definitely been humbled by this whole ordeal. Please do not deny my father a chance of redeeming himself. He may have had a lapse in judgement, but this was certainly out of character. But it was definitely in his character to be that trusting of others.

I have been told countless stories from family members still in Mexico about the scary things that go on there. I've heard of relatives or family friends being kidnapped for ransom or killings for no other reason than meeting the wrong people. Being such a renowned businessman there, my father was bound to run into unsavory characters whether intentionally or not. He himself was the victim of a failed assassination attempt a few years back. I am not making an excuse for him, but rather am trying to broaden your perspective on some odd coincidences that can happen.

My father has worked hard throughout his life to provide a better life for his parents and his children. He may have taken the wrong path, but he had always had the right intentions and his family in mind. I plead with you your honor to please have mercy on my father, as I hope that when my father comes out, he still has a life to live and a life where I can repay him for all the sacrifices he has made for us to live a better life. Thank you for your consideration.

Sincerely,

*Stephen Lee*

Stephen Lee

The Honorable Leonie Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Va 20314

Dear Judge Brinkema,

My name is Kevin Lee, I am a third year student at the University of California, Riverside, majoring in Political Science and my father is Xizhi Li. I want to start off by saying that throughout my life, my dad has been a very thoughtful and giving person to my family and I. Just as he has shown to be a caring and loving dad towards us, he has shown to be a kindhearted individual towards others by dedicating time to those around him as well. My Father is a productive member of society because he is always looking to help others in any type of way whether it is helping those in need or just simply being respectful to others. I believe that he will be a better and productive member of society after his experience is over because one mistake doesn't define him, but just an error that was committed along his path, therefore, I know that my Father will correct his wrongs along the rest of his journey. The offense is indeed out of character because not once in my life had I seen my Father have relations to any crime. It's very unlikely he will violate the law in the future because he experienced what it is like to not be able to see his family and how much this one mistake will affect his life afterwards.

My Father has always been a hard worker because since he was around my little sister's age (Michelle, ten years old), he worked bagging groceries at a market, washing dishes at a local restaurant, and always helping out his parents in any way possible. This experience has taught my Father many lessons. Some of these lessons consist of not breaking the law at any cost, using your time wisely amongst productive activities, and making important decisions in life. Furthermore, My Dad is the type of person to process and reflect on things if he makes a

resistance but not harm himself or others. He's been showing a great amount of remorse as a result of this incident, however, every single time he calls my siblings and I, he always tries to have a positive and happy tone even though we can sense his sadness. Overall, My Father always tries to hide his feelings to not make us feel bad, so instead we keep ongoing conversations about how our day was and future plans, looking forward to the day he is a free man and I am able to hug him again as well as spend time with my father just how we used to do. Deep down I know that my Dad is a good man and a mistake like this definitely does not define him.

Best regards,

Kevin Lee

October 12, 2021
The Honorable Leonie Brinkema
United States District Judge
United States District Court for Eastern District of Virginia
401 Courthouse Square,
Alexandria, VA 20314

Dear Judge Brinkema,

I am writing a character reference for my reference for my younger brother, Xizhi Li, who is pleading guilty to the charges of "Conspiracy to commit money laundering."
Our entire family was taken aback at the news of my brother having committed money laundering. He has never been the type of person to do anything that would cause our parents any significant disappointment. As Xizhi's second sister, I lived closely with him growing up and I can say that he is hardworking and always led a very positive lifestyle; my brother is a kind, generous, responsible, and dedicated brother, father, and son.

My parents brought him to Mexicali, Mexico at the age of 11 years old. He was a full-time student while also working full time at a restaurant as a busboy. From Monday through Friday, right after school, he would start work 1:00 PM to 10:00 PM at night. On the weekends, he would work from the opening of the restaurant to closing. My brother is the most hardworking and responsible person I know.

Not only did my brother Xizhi Li work hard to provide for our family, he is generous as he gave back to the community. During his time in Mexicali, he became a volunteer of the Chinese Consolidated Benevolent Association, translating for new immigrants. On top of that, he would pay the tuition for the immigrant's children to receive an education.

Xizhi Li's acts of kindness does not stop there. In 2006, when my family returned to China for Chinese Memorial Day, the leader of the village we used to live in notified us that the Chinese Communist Government planned to demolish the senior housing center. Upon hearing this news, my brother immediately purchased another lot of land and constructed a brand new senior housing center. At the time, he funded the renovation of our village, transforming the muddy land into streets.

I am confident that this incident will never happen again and that Xizhi Li will learn his lesson, using this as an experience from here onwards. Everyone deserves second chances, especially someone of such a great character like him. Our entire family loves Xizhi and we continue to support him and wish him the best outcome for this case.

Thank you for your time and consideration.

Sincerely,
X _____
Kristy Lee

The Honorable Leonie Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 20314

Dear Judge Brinkema,

My name is Rose Lee, and I am Mr. Li's older sister. I want to start this letter off by saying this has not been an easy year, not that we expected it to be Your Honor, Mr. Li asked me kindly if I could write a character letter, but the truth is I was already planning on doing so before asking me. I sincerely feel very concerned about the well-being and the future of Mr. Li, and my intention is to try to make you and the jury see my point of view on why many people love him.

I have known my little brother my whole life and is the total opposite of what others might think he is. He is respectful, outgoing, kind-hearted, and very hard working. We came from a family that didn't have much when we came to America. Me and my three siblings, with me being the oldest, I felt that I always needed to be the one who took care of my three little siblings since my parents would always be working day and night. With that being said, I was always close to my three siblings, but I was the closest to my little brother. Growing up, he knew what he wanted to do in life and what his goals were. He was very independent, but being the older sister, I always wanted the best for him. He was a very hard worker and very caring. He would always wake up early and set up breakfast for our family before going to work at a shoe store for 7 dollars an hour for the rest of the day. Whatever little money he had he would always provide it for his siblings first before himself. It would feel like sometimes that my brother was acting more of a bigger brother than a little brother which showed how mature he was. Before my brother was incarcerated, he would always check up and ask how everyone was doing, and go above and beyond with what was necessary to take care of the family and also his family.

Certainly, my brother has made some mistakes, of which I am convinced that he is very sorry for which he will be fully prepared to repair, as best he can, all the financial and emotional damages that his actions may have been caused around him. But this will only be possible if this justice system and all of us give a new opportunity to him because we recognize that he could have broken the law. I am sure that you know the power that the decision that you can take on the life of this man and I can take a wise disposition.

Sincerely,

Rosa Lee