**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-CR-334-01 |
| | ) | (Judge Brinkema) |
| **XIZHI LI,** | ) | |
| | ) | |
| **Defendant** | ) | |

## COUNSEL'S MOTION TO WITHDRAW

COMES NOW the defendant, Xizhi Li, by Gregory B. English, his retained counsel, and hereby requests permission of this court for his attorney to withdraw from this case. In a telephone conversation with the defendant on October 22, 2021 Mr. Li directed counsel to file this motion to withdraw by stating that he had lost confidence in the undersigned counsel and that the relationship was irretrievably broken. He asks that this court appoint new counsel. We ask this court to schedule this motion for a hearing on Tuesday, October 26, 2021 at 9 a.m. which is the time currently scheduled for sentencing in this case.

Respectfully submitted,

/s/  Gregory B. English
Gregory B. English, VSB#25928
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia  22314
(703) 739-1368 / Fax (703) 836-6842
gbeuva@gmail.com
*Counsel for Defendant*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October, 2021 a true copy of the foregoing pleading was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

      AUSA David A. Peters
      david.peters@usdoj.gov

                                        /s/ Gregory B. English
                                        _____
                                        Gregory B. English