IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA          )
                                  )
        v.                        )
                                  )        1:19-cr-334-1 (LMB)
XIZHI LI,                         )
                                  )
            Defendant.            )

ORDER

On January 24, 2025, defendant Xizhi Li ("defendant"), proceeding pro se, filed a Motion for Change of Counsel ("Motion") [Dkt. No. 488] requesting that the Court provides defendant with new counsel. On July 15, 2024, defendant filed a Motion for Appointment of Counsel [Dkt. No. 482], which motion the Court denied on July 18, 2024 [Dkt. No. 485]. As the Court explained in its July 18, 2024 order, "a criminal defendant has no right to counsel beyond his first appeal." United States v. Legree, 205 F.3d 724, 730 (4th Cir. 2000) (quoting Coleman v. Thompson, 501 U.S. 722, 756 (1991)). Although in some "exceptional circumstances," including when a case is particularly complex or a litigant is unable to represent himself adequately, the Court may appoint counsel, see Dire v. United States, 990 F. Supp. 2d 583, 586 (E.D. Va. 2013), defendant's Motion does not show that any exceptional circumstances are present; indeed, no motions are currently pending in defendant's case. Accordingly, it is hereby

ORDERED that defendant Xizhi Li's Motion for Change of Counsel [Dkt. No. 489] be and is DENIED.

To appeal this decision, defendant must file a written notice of appeal with the Clerk of the Court within fourteen (14) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order defendant wants to

appeal. Defendant need not explain the grounds for appeal until so directed by the United States Court of Appeals for the Fourth Circuit. Failure to file a timely notice of appeal waives defendant's right to appeal this decision.

The Clerk is directed to forward copies of this Order to counsel of record and to defendant Xizhi Li at his address of record.

Entered this 30 day of January, 2025.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge